# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: ) | |
| ) | **ORDER** |
| A 2008 Ford F150 pickup, blue in color, with ) | |
| Westlie Motors paper tags, VIN# ) | Case No. 4:14-mj-062 |
| 1FTPW14V98FA80464 ) | |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant, Application for Search Warrant, the Transcript of Audio Recording of Application for Search Warrant, Search Warrant Return, and the Government's Motion to Seal shall be sealed for a period of 60 days from the filing of the Search Warrant Return.

Dated this 25th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court